UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA G., <br>           Plaintiff, <br>    vs. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br>           Defendant. | CASE NO. SACV 18-898-AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order filed concurrently.

DATED: February 22, 2019

                                              ALICIA G. ROSENBERG <br>
                                          United States Magistrate Judge