LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
        Colton, California 92324
        Telephone: (909) 796-4560
        Facsimile: (909) 796-3402
        E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

TANYA GALPIN,                                )        No.  SACV 18 – 00898 AGR
                                             )
                                             )        ORDER AWARDING EAJA FEES
        Plaintiff,                           )
                                             )
        v.                                   )
                                             )
NANCY A. BERRYHILL, Acting                   )
Commissioner of Social Security,             )
                                             )
        Defendant.                           )

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

        IT IS ORDERED that EAJA fees are awarded in the amount of THREE

THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND 80/100 ($3,114.80)

subject to the terms of the stipulation.


DATE: April 2, 2019        _____

                           HON.  ALICIA G. ROSENBERG,
                           UNITED STATES MAGISTRATE JUDGE